### July 21, 2009

| | | |
|---|---|---|
| 28875 | Mynatt v. Mynatt | Affirmed |
| 29254 | State v. Nading | Affirmed |

### July 23, 2009

| | | |
|---|---|---|
| 28508 | Capital One Bank v. Elaban | Reverse |
| 28481 | Gebhardt v. Church of Hawaii NEI | Affirmed |
| 28504 | Remigio v. Ortiz | Affirmed |